IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                          Case No. 6:16-cr-60007-002

ELIAZAR ACRE-MACEDO                                                              DEFENDANT

## **ORDER**

Now on this same day came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure. (ECF No. 46). Upon consideration of the same, the Court is of the opinion that same motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on March 16, 2016, be on the same day hereby dismissed against defendant Eliazar Acre-Macedo.

**IT IS SO ORDERED**, this 7th day of November, 2017.

                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                United States District Judge